

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00338-CV

Travis **CROW**, Britt A. Crow, Laurian Crow Edison, and Karen A. Kraft,
Appellants

v.

Heddie Knappick **LOOKADOO**, Lisa Knappick Lucas, Mary Brown, Margaret Brown Nugent,
Charles Brown, Joseph Gallagher, Josephine Brown Noll, Pamela Gallagher Palmer, and Irene
B. Zoeller,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-10-00188-CVL
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE BARNARD,[1] JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is REINSTATED on the docket of this court; the judgment issued on August 28, 2018 in this appeal is WITHDRAWN; and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1), (c). The costs of this appeal are taxed against appellant. *See* TEX. R. APP. P. 43.4.

SIGNED August 7, 2019.

_____
Irene Rios, Justice

---

[1] Not participating.